A02A0872. CARLISLE v. THE STATE.
(601 SE2d 358)

MIKELL, Judge.

The Supreme Court granted certiorari in this case and, in *Carlisle v. State,* 277 Ga. 99 (586 SE2d 240) (2003), reversed the judgment of this Court. Therefore, we vacate our earlier opinion[1] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Andrews, P. J., and Phipps, J., concur.*

DECIDED MAY 27, 2004.

*Brian Steel,* for appellant.
*Daniel J. Porter, District Attorney, David K. Keeton, Assistant District Attorney,* for appellee.

